COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
SHARON SONG (313535)
(ssong@cooley.com)
GIA JUNG (340160)
(gjung@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendants*
Bumble Inc. and
Bumble Holding Limited

EDGE, A PROFESSIONAL LAW CORPORATION
DANIEL A. ROZENBLATT (336058)
(daniel@edge.law)
SETH W. WIENER (203747)
(seth@edge.law)
1341 La Playa Street 20
San Francisco, CA 94122
Telephone: (415) 515-4809

*Attorneys for Plaintiff*
Harsh Alkutkar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARSH ALKUTKAR, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>BUMBLE INC. and<br>BUMBLE HOLDING LIMITED,<br>            Defendants. | Case No. 4:22-cv-00422-PJH<br><br>**STIPULATION AND (PROPOSED) ORDER FOR A ONE-DAY EXTENSION FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Assigned to Hon. Phyllis J. Hamilton |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION & (PROPOSED) ORDER
RE MOTION TO COMPEL ARBITRATION
CASE NO. 4:22-CV-00433-PJH

Pursuant to Civil Local Rule 6-1 and 6-2, Plaintiff Harsh Alkutkar ("Plaintiff") and Defendants Bumble Inc. and Bumble Holding Limited (together, "Defendants") (collectively, "the Parties") by and through their respective counsel, stipulate and agree as follows, subject to Court approval.

## RECITALS

WHEREAS, Plaintiff filed the Class Action Complaint in this action (the "Complaint") against Defendants on January 22, 2022 (*see* ECF No. 1);

WHEREAS, on March 24, 2022, the Court granted the Parties' stipulation to set a briefing schedule for Defendants' motions in response to the Complaint, including a Motion to Compel Arbitration and a Motion to Dismiss the Complaint (the "Responsive Motions") (*see* ECF No. 25);

WHEREAS, based on the March 24, 2022 order, Defendants' Responsive Motions are due April 19, 2022 and the hearing for both motions is scheduled for June 30, 2022 (*see id.*);

WHEREAS, Defendants are having unexpected logistical issues that may impact their ability to file the Motion to Compel Arbitration on April 19, 2022, relating to a supporting declaration from an individual located in Europe;

WHEREAS, out of an abundance of caution, Defendants have sought Plaintiff's agreement to stipulate to a one-day extension of the deadline for their Motion to Compel Arbitration;

WHEREAS, the Court has provided that the initial Case Management Conference will be set after Defendants' Responsive Motions are decided (*see id.*);

WHEREAS, the Court has not yet set a date for trial, pre-trial conference, discovery cutoff, or any other pending deadline in this action;

WHEREAS, there has been one prior stipulation to set a briefing schedule for Defendants' Responsive Motions, which the Court granted;

WHEREAS, good cause exists for this stipulation because unforeseen logistical issues have impacted Defendants' ability to file their Motion to Compel Arbitration on April 19, 2022, and a one-day extension to the deadline for this motion will not prejudice the parties or require the hearing date for the Responsive Motions to be rescheduled.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION & (PROPOSED) ORDER
RE MOTION TO COMPEL ARBITRATION
CASE NO. 4:22-CV-00433-PJH

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that, subject to Court approval, the following schedule will govern the Defendants' Motion to Compel Arbitration:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Motion to Compel Arbitration | April 19, 2022 | April 20, 2022 |
| Plaintiffs' Opposition to Motion to Compel Arbitration | May 17, 2022 | May 18, 2022 |
| Defendants' Reply in Support of the Motion to Compel Arbitration | June 7, 2022 | June 8, 2022 |

The briefing schedule for Defendants' Motion to Dismiss the Complaint, as set by the Court in its March 24, 2022 order (*see* ECF No. 25), will remain in effect. Nothing herein shall be deemed a waiver of any rights or defenses by any party.

Dated: April 19, 2022      COOLEY LLP

          */s/ Kyle C. Wong*
             Kyle C. Wong

Attorney for Defendants
Bumble Inc. and Bumble Holding Limited

Dated: April 19, 2022      EDGE, A PROFESSIONAL LAW CORPORATION

          */s/ Daniel A. Rozenblatt*
             Daniel A. Rozenblatt

Attorney for Plaintiff
Harsh Alkutkar

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION & (PROPOSED) ORDER
RE MOTION TO COMPEL ARBITRATION
CASE NO. 4:22-CV-00433-PJH

## ATTESTATION

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Kyle C. Wong hereby attests that concurrence in the filing of this document has been obtained.

Dated: April 19, 2022         /s/ Kyle C. Wong
                              Kyle C. Wong

Cooley LLP
Attorneys At Law
San Francisco

4

STIPULATION & (PROPOSED) ORDER
re MOTION TO COMPEL ARBITRATION
CASE NO. 4:22-CV-00433-PJH

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                  The Honorable Phyllis J. Hamilton
United States District Judge

267870352

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIPULATION & (PROPOSED) ORDER
RE MOTION TO COMPEL ARBITRATION
CASE NO. 4:22-CV-00433-PJH