# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 4, 2022 (Time: 31 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 22-cv-00422-PJH
**Case Name:** Alkutkar v. Bumble Holding, Ltd.

**Attorney(s) for Plaintiff:**     Cody Padgett; Daniel Rozenblatt
**Attorney(s) for Defendant:**     Kyle Wong; Sharon Song; Gia Jung

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Defendant's Motion to Dismiss-HELD via Zoom webinar. The Court takes the matter under submission.

Defendant's Motion to Compel Arbitration-HELD via Zoom webinar. The Court takes the matter under submission.

Plaintiff's counsel informs the Court they do not oppose the 12(b)(2) motion as to Bumble Inc.  The Court dismisses defendant Bumble Inc.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

cc: chambers