UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSH ALKUTKAR,<br><br>    Plaintiff,<br><br>    v.<br><br>BUMBLE INC., et al.,<br><br>    Defendants. | Case No. 22-cv-00422-PJH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 50 |

Before the court is plaintiff's motion for leave to file a motion for reconsideration. Plaintiff intends to seek reconsideration of the court's order compelling the case to arbitration. Dkt. 49. The court hereby GRANTS plaintiff's motion for leave to file the motion for reconsideration. Within one week from the date of this order, plaintiff may either (1) give notice of his intent to rest on the argument presented in his request for leave or (2) file another paper not exceeding 10 pages. Defendants shall respond to plaintiff's submission within one week of its filing, and the response may not exceed 10 pages. The matter will be decided on the papers unless the court determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: September 13, 2022

                                                                 */s/ Phyllis J. Hamilton*
                                                                 PHYLLIS J. HAMILTON
                                                                 United States District Judge