1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

| | |
|---|---|
| HARSH ALKUTKAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BUMBLE INC. and BUMBLE HOLDING LIMITED,<br><br>        Defendants. | Case No.:  4:22-cv-00422-PJH<br><br>[~~PROPOSED~~] **ORDER CONFIRMING ARBITRATION AWARD**<br><br>Action Filed:  January 22, 2022<br>Trial Date:  None Set |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Having considered the Stipulation to Confirm Arbitration Award of Plaintiff Harsh Alkutkar

2   and Defendants Bumble Inc. and Bumble Holding Limited ("Defendants"), the Court hereby

3   **CONFIRMS** the Final Arbitration Award issued by Hon. David A. Garcia of JAMS on April 9, 2024.

4    **IT IS SO ORDERED.**

5

6   Dated: _September 17, 2024_

7   _____

8   Hon. Ph[...]
    United S[...]trict Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28