1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| HARSH ALKUTKAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUMBLE INC. and BUMBLE HOLDING LIMITED,<br><br>Defendants. | Case No.: 4:22-cv-00422-PJH<br><br>*Assigned to the Hon. Phyllis J. Hamilton*<br><br>[PROPOSED] ORDER OF ENTRY OF JUDGMENT<br><br>Action Filed:   January 22, 2022<br>Trial Date:      None Set |

Pursuant to the Order Granting Defendants' Motion to Compel Arbitration (dkt. 49), the Arbitration Award issued by Hon. David A. Garcia, Arbitrator (dkt. 60, Ex. 1), the Order Confirming Arbitration Award (dkt. 61), and the Stipulated Request for Entry of Judgment (dkt. 62) filed by Plaintiff Harsh Alkutkar ("Plaintiff") and Defendants Bumble Inc. and Bumble Holding Limited ("Defendants") by and through their respective counsel, and for good cause appearing herein:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is hereby entered in this matter in favor of Defendants and against Plaintiff, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2024

_____
Hon. Phyllis J. Hamilton
United States District Judge

*[IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California seal]*