| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 13 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HARSH ALKUTKAR,<br><br>　　　Plaintiff - Appellant,<br><br>　v.<br><br>BUMBLE, INC. and BUMBLE HOLDING, LTD.,<br><br>　　　Defendants - Appellees. | No. 24-6455<br><br>D.C. No. 4:22-cv-00422-PJH<br>Northern District of California, Oakland<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 5), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　By: Steven J. Saltiel
　　　　　　　　　　　　　　　　　　Circuit Mediator